**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

GEORGE DILLMAN, :

                                           Case No. 3:12-cv-190

           Plaintiff,

                                         District Judge Thomas M. Rose
                                         Magistrate Judge Michael R. Merz

    -vs-

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

           Defendant. :

## RECUSAL ENTRY

      Defendant has this date, with the consent of Plaintiff's counsel, taken an additional month's extension of time to respond to Plaintiff's Statement of Specific Errors, making the response due March 1, 2013.  This will prevent the case from becoming ripe for decision until after the retirement of Career Law Clerk Patricia Zimmer.

      Accordingly, the undersigned recuses himself from further participation in this case and orders that the Clerk re-assign the case randomly to one of the other two Magistrate Judges resident at Dayton.

January 30, 2013.

                                                                           s/ *Michael R. Merz*
                                                                United States Magistrate Judge

Case: 3:12-cv-00190-TMR-MJN Doc #: 10 Filed: 01/31/13 Page: 2 of 2  PAGEID #: 930