# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GEORGE DILLMAN, | : | Case No. 3:12-cv-190 |
| Plaintiff, | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Michael J. Newman |
| vs. | | |
| | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 15)

The Court has reviewed the May 24, 2013 Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 15), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b)(2) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that the Defendant Commissioner's non-disability finding is **REVERSED**, and this matter is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for proceedings consistent with the Magistrate Judge's May 24, 2013 Report and Recommendation.

This case is hereby **CLOSED**.

June 11, 2013                                    s/*Thomas M. Rose*

                                                 Thomas M. Rose
                                                 United States District Judge