# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GEORGE DILLMAN, | : | Case No. 3:12-cv-190 |
| Plaintiff, | : | District Judge Thomas M. Rose<br>Magistrate Judge Michael J. Newman |
| | : | |
| vs. | | |
| | : | |
| COMMISSIONER OF<br>SOCIAL SECURITY, | : | |
| Defendant. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 19), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that Plaintiff's unopposed motion for EAJA fees and costs (doc. 18) is **GRANTED**, and Plaintiff is **AWARDED** the sum of $2,821.60 in EAJA fees and costs.  This case shall be **TERMINATED** upon the docket of the Court.

Date: August 20, 2013         s/**THOMAS M. ROSE**
                              _____
                                         Thomas M. Rose
                                    United States District Judge